

**NUMBER 13-09-00281-CV**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI - EDINBURG**

---

**CHRISTINA PEREZ,**                                                          **Appellant,**

**v.**

**CORPUS CHRISTI HOUSING AUTHORITY,**                        **Appellee.**

---

**On appeal from the County Court at Law No. 5
of Nueces County, Texas.**

---

## MEMORANDUM OPINION

**Before Justices Rodriguez, Garza, and Vela
Memorandum Opinion Per Curiam**

Appellant, Christina Perez, perfected an appeal from a judgment entered by the

County Court at Law No. 5 of Nueces County, Texas, in cause number 08-61256-5.

Appellant has filed an unopposed motion to dismiss the appeal on grounds that the trial

court granted a motion for new trial and the appeal is not necessary. Appellant requests that this Court dismiss the appeal.

The Court, having considered the documents on file and appellant's unopposed motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED. Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Memorandum Opinion delivered and
filed this the 9th day of July, 2009.